**Jeff LARSON, Plaintiff—Appellant,**

v.

**Liam O'GRADY, Judge Federal Court; Andrew, U.S. Customs; United States of America, Defendants—Appellees.**

No. 05–1375.

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 14, 2005.

Jeff Larson, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeff Larson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Larson v. O'Grady,* No. CA–05–70–JCC (E.D.Va. Feb. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*